E-Filing

CHAMBERS COPY

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
   Assistant United States Attorneys
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile:  (510) 637-3724

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,         )   No. CR 06-00196 RMW/PVT
                                       )
13 |         Plaintiff,                )
                                       )   [PROPOSED] ORDER EXCLUDING
14 |     v.                            )   TIME UNDER THE SPEEDY TRIAL
                                       )   CLOCK
15 | GABRIEL ORJI and                  )
     TROY URIE,                        )
16 |                                   )   Date:       May 15, 2006
             Defendants.               )   Time:       11:00 a.m.
17 |_____)       Courtroom:  Hon. Patricia V. Trumbull

18                              [PROPOSED] ORDER

19        This matter came before the court on May 15, 2006 at 11:00 a.m. for an initial

20 appearance. At the hearing, the Court remanded the defendant Troy Urie to the Marshal's

21 custody and set the next status hearing before the Honorable Ronald M. Whyte on May 22, 2006

22 at 9:00 a.m. Because the parties indicated that counsel for the the United States was to provide

23 discovery in the matter to defendant Urie's counsel, the parties requested that the time until May

24 22, 2006 be excluded to allow defendant Urie's counsel to review the discovery and effectively

25 prepare.

26        **IT IS HEREBY ORDERED** that the period of time between May 15, 2006 and May 22,

27 2006 is excluded from the Speedy Trial Clock to allow defendant Urie's counsel to effectively

28 CR 06-00196 RMW
   [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK

1 | prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The
2 | Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the
3 | best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).
4 | DATED: 5/18/06

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Distribute to:

Michelle D. Spencer
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Counsel for Defendant Troy Urie

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Counsel for Plaintiff

CR 06-00196 RMW
[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK