KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 7/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>    Plaintiff,          )<br>                               )<br>   v.                          )<br>                               )<br>GABRIEL ORJI and      )<br>TROY URIE,             )<br>                               )<br>    Defendants.    )<br>_____) | No. CR 06-00196 RMW<br><br>[] ORDER EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL<br>CLOCK BETWEEN MAY 22, 2006 AND<br>JUNE 19, 2006<br><br>Date:     May 22, 2006<br>Time:    9:00 a.m.<br>Courtroom:  Hon. Ronald M. Whyte |

**[] ORDER**

      This matter came before the court on May 22, 2006 at 9:00 a.m. for a status hearing. This was the first appearance before the District Court. At the hearing, the parties apprised the Court of the status and the fact that additional discovery was being collected and provided to counsel for Messrs. Orji and Urie and that counsel for the defendants would require time to review the discovery and effectively prepare. The next status hearing in the matter was set for June 19, 2006 at 9 a.m. before the Court. At the status hearing, the parties also requested that the time until June 19, 2006 be excluded under the Speedy Trial Clock to allow Messrs. Urie and Orji's

CR 06-00196 RMW
[] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
CLOCK BETWEEN MAY 22, 2006 AND JUNE 19, 2006

1 counsel to review the discovery and effectively prepare.

2 **IT IS HEREBY ORDERED** that the period of time between May 22, 2006 and June 19,

3 2006 is excluded from the Speedy Trial Clock to allow defendants Urie and Orji's counsel to

4 effectively prepare, taking into account the exercise of due diligence. 18 U.S.C.

5 § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such

6 continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18

7 U.S.C. § 3161(h)(8)(A).

8 DATED: 7/6/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

12 Distribute to:

13 Michelle D. Spencer
Law Office of Michelle DE. Spencer
14 331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
15 Counsel for Defendant Troy Urie

16 Matthew J. Jacobs
McDermott, Will & Emery
17 3150 Porter Dr.
Palo Alto, California 94304-1212
18 Counsel for Defendant Gabriel Orji

19 H. H. (Shashi) Kewalramani
Assistant United States Attorney
20 1301 Clay Street, Suite 340S
Oakland, California 94612
21 Counsel for Plaintiff

28 CR 06-00196 RMW
[] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
CLOCK BETWEEN MAY 22, 2006 AND JUNE 19, 2006    2