KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION     *E-FILED - 7/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00196 RMW |
|    Plaintiff, | [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK BETWEEN JUNE 19, 2006 AND AUGUST 21, 2006 |
|    v. | |
| GABRIEL ORJI and TROY URIE, | |
|    Defendants. | Date: June 19, 2006<br>Time: 9:00 a.m.<br>Courtroom: Hon. Ronald M. Whyte |

### [] ORDER

This matter came before the court on June 19, 2006 at 9:00 a.m. for a status hearing. At the hearing, the parties apprised the Court of the status and the fact that additional discovery was being collected from at least one other district and was expected to be provided to counsel for Messrs. Orji and Urie by the middle of July 2006. The next status hearing in the matter was set for August 21, 2006 at 9 a.m. before the Court. At the status hearing, the parties also requested that the time until Auguat 21, 2006 be excluded under the Speedy Trial Clock to allow Messrs. Urie and Orji's counsel to review the discovery and effectively prepare.

CR 06-00196 RMW
[] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
CLOCK BETWEEN JUNE 19, 2006 AND AUGUST 21, 2006

1  **IT IS HEREBY ORDERED** that the period of time between June 19, 2006 and August 21, 2006 is excluded from the Speedy Trial Clock to allow defendants Urie and Orji's counsel to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

DATED:   7/6/06

      /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute to:

Michelle D. Spencer
Law Office of Michelle DE. Spencer
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Counsel for Defendant Troy Urie

Matthew J. Jacobs
McDermott, Will & Emery
3150 Porter Dr.
Palo Alto, California 94304-1212
Counsel for Defendant Gabriel Orji

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Counsel for Plaintiff

CR 06-00196 RMW
[] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
CLOCK BETWEEN JUNE 19, 2006 AND AUGUST 21, 2006    2