KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION          *E-FILED - 10/18/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00196 RMW |
| Plaintiff, ) | [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK BETWEEN SEPTEMBER 25, 2006 AND DECEMBER 4, 2006 |
| v. ) | |
| GABRIEL ORJI and TROY URIE, ) | |
| Defendants. ) | Date: September 25, 2006<br>Time: 9:00 a.m.<br>Courtroom: Hon. Ronald M. Whyte |

**[] ORDER**

This matter came before the court on September 25, 2006 at 9:00 a.m. for a status hearing. At the hearing, the parties apprised the Court of the status and requested that the Court set a motions hearing date of December 4, 2006 at 9 a.m. The Court then indicated that the parties should calculate from December 4, 2006, the dates on which the motions and responses would be due. At the status hearing, the parties also requested that the time until December 4, 2006 be excluded under the Speedy Trial Clock to allow Messrs. Urie and Orji's counsel to effectively prepare and file their motions as well as excluding the time while the motions are

CR 06-00196 RMW
[] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
CLOCK BETWEEN AUGUST 28, 2006 AND SEPTEMBER 25, 2006

1  pending with the Court..

2  **IT IS HEREBY ORDERED** that the period of time between September 25, 2006 and
3  December 4, 2004 is excluded from the Speedy Trial Clock to allow defendants Urie and Orji's
4  counsel to effectively prepare, taking into account the exercise of due diligence,18 U.S.C.
5  § 3161(h)(8)(B)(iv), and to exclude the time during the pendency of the expected motions.  18
6  U.S.C. § 3161(h)(1)(F).  The Court finds that the "ends of justice served by the granting of such
7  continuance outweigh[s] the best interests of the public and the defendant in a speedy trial."  18
8  U.S.C. § 3161(h)(8)(A).

9  DATED:   10/18/06

10
11                                          /s/ Ronald M. Whyte
                                            _____
                                            RONALD M. WHYTE
                                            United States District Judge
12

13  Distribute to:

14  Michelle D. Spencer
    Law Office of Michelle DE. Spencer
15  331 Soquel Ave., Suite 208
    Santa Cruz, CA 95062
16  Counsel for Defendant Troy Urie

17  Matthew J. Jacobs
    McDermott, Will & Emery
18  3150 Porter Dr.
    Palo Alto, California 94304-1212
19  Counsel for Defendant Gabriel Orji

20  H. H. (Shashi) Kewalramani
    Assistant United States Attorney
21  1301 Clay Street, Suite 340S
    Oakland, California 94612
22  Counsel for Plaintiff

23
24
25
26
27
28  CR 06-00196 RMW
    [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
    CLOCK BETWEEN AUGUST 28, 2006 AND SEPTEMBER 25, 2006                2