1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT
7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,           )    Case No. CR 06-00196-RMW-(PVT)
              Plaintiff,                )
                                        )
10      v.                              )    STIPULATION AND
                                        )    (PROPOSED) ORDER
11                                      )    STAYING ISSUANCE OF
   TROY URIE, et al.,                   )    OF ARREST WARRANT
12              Defendant.              )
                                        )
13

14      On Thursday, November 9, 2006 this Court ordered that an arrest warrant would issue for
15 Troy Urie on November 17, 2006. On November 3, 2006 the Immigration Court set bail at $9,000.
16 Mr. Urie is currently in I.C.E. custody at the Santa Clara County Jail. The next Immigration Court
17 hearing is November 30 for status. Mr. Urie's mother has applied for a loan to enable her to post the
18 Immigration bond. That loan will take approximately 2-4 weeks for processing. If the Immigration
19 bond is not posted by the November 30 status, Mr. Urie will have an opportunity to argue to reduce
20 the bond. Mr. Urie and his family require additional time to raise the Immigration bond and/or seek a
21 reduction in said bond.

22      Plaintiff United States of America, by and through Assistant United States Attorney Shashi
23 Kewalramani, and defendant Troy Urie, by and through his attorney Michelle D. Spencer, hereby
24 agree and stipulate that, with the Court's permission, the issuance of the arrest warrant be stayed until
25 December 1, 2006.
26

The parties further agree and stipulate that defense counsel shall immediately notify the Court and the government's counsel should Mr. Urie be released from I.C.E. custody before December 1, 2006.

KEVIN V. RYAN

United States Attorney

Dated: _____  /s/
SHASHI KEWALRAMANI
Assistant United States Attorney

Dated: _____  /s/
MICHELLE D. SPENCER
Attorney for Troy Urie

## [PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the issuance of the arrest warrant shall be stayed until December 1, 2006.

IT IS FURTHER ORDERED THAT defense counsel shall immediately notify the Court and the government's counsel if Mr. Urie is released from I.C.E. custody before December 1, 2006.

IT IS SO ORDERED.

Date: 11/17/06

*Patricia V. Trumbull*

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge