IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>TROY URIE, et al.,<br>　　　　Defendant. | Case No. CR 06-00196-RMW-(PVT)<br><br>STIPULATION AND<br>(PROPOSED) ORDER<br>STAYING ISSUANCE OF<br>OF ARREST WARRANT |

Mr. Urie remains in I.C.E. custody. Mr. Urie's family is attempting to raise and post the Immigration Court bail. Accordingly, Plaintiff United States of America, by and through Assistant United States Attorney Shashi Kewalramani, and defendant Troy Urie, by and through his attorney Michelle D. Spencer, hereby agree and stipulate that, with the Court's permission, the issuance of the arrest warrant be stayed from December 1, 2006 to December 11, 2006. The parties further agree and stipulate that defense counsel shall immediately notify the Court and the government's counsel should Mr. Urie be released from I.C.E. custody before December 11, 2006.

KEVIN V. RYAN

United States Attorney

Dated: _____/s/_____
SHASHI KEWALRAMANI
Assistant United States Attorney

Stipulation & Proposed Order Staying Issuance of Arrest Warrant

Dated: _____/s/_____
MICHELLE D. SPENCER
Attorney for Troy Urie

### [~~PROPOSED~~] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the issuance of the arrest warrant shall be stayed until December 11, 2006.

IT IS FURTHER ORDERED THAT defense counsel shall immediately notify the Court and the government's counsel if Mr. Urie is released from I.C.E. custody before December 11, 2006.

IT IS SO ORDERED.

Date: 12/4/06

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge