*E-FILED - 12/7/06*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>TROY URIE, et al.,<br>    Defendant. | Case No. CR 06-00196-RMW<br><br>STIPULATION AND<br>() ORDER<br>CONTINUING MOTIONS HEARING<br>AND STATUS CONFERENCE<br>AND EXCLUDING TIME UNDER<br>SPEEDY TRIAL ACT, 18 USC § 3161 |

    Plaintiff United States of America, by and through Assistant United States Attorney, Shashi Kewalramani, and defendant Troy Urie, by and through attorney Michelle D. Spencer, hereby agree and stipulate that this matter be continued from December 4, 2006 at 9:00 a.m. to February 20, 2007 at 9:00 a.m.  Defense counsel requires additional time to complete case investigation and to effectively prepare any motions.  Accordingly, the parties agree and stipulate that the period of time from December 4, 2006 through and including February 20, 2007,  shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq .

    The parties agree that a continuance is needed for continuity of counsel and effective defense preparation and investigation.

///

//

/

Stip. & Order Continuing Status          - 1 -

KEVIN V. RYAN

United States Attorney

Dated:     /S/
SHASHI KEWALRAMANI
Assistant United States Attorney

Dated:     /S/
MICHELLE D. SPENCER
Attorney for Troy Urie

## [] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT that the status conference and motions hearing set for December 4, 2006 be continued to February 20, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from December 4, 2006 through and including February 20, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. based upon the statutory provision therein, including that time is needed for effective defense preparation and investigation. The Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factor set forth therein, that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for continuity of counsel and effective preparation and investigation.

IT IS SO ORDERED.

Date: 12/7/06              /s/ Ronald M. Whyte

HON. RONALD M. WHYTE
United States District Judge

Stip. & Order Continuing Status     - 2 -