# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TROY URIE, et al.,<br>Defendant. | Case No. CR 06-00196-RMW-(PVT)<br><br>STIPULATION AND<br>(PROPOSED) ORDER<br>STAYING ISSUANCE OF<br>OF ARREST WARRANT |

Mr. Urie remains in I.C.E. custody. Mr. Urie's family is continuing to attempt to post the Immigration Court bail. On December 8, 2006 defense counsel interviewed Mr Urie's longtime friend, Regina Suarez. Ms. Suarez has contacted Action Immigration Bond, a national immigration bond firm, regarding the posting of Mr. Urie's immigration bond. She informed defense counsel that she has been able to raise the $1350 required by Action Immigration Bond. She is assisting Mr. Urie's mother in completing and returning documents to Action Immigration Bond. When asked about the likelihood that the bond would be posted, Ms. Suarez responded that she believed there was a ninety percent likelihood the bond would be posted early the week of December 11, 2006. Defense counsel will recontact Ms. Suarez on Monday, December 11, 2006 to determine the status of the situation.

Based on the foregoing, Plaintiff United States of America, by and through Assistant United States Attorney Shashi Kewalramani, and defendant Troy Urie, by and through his attorney Michelle D. Spencer, hereby agree and stipulate that, with the Court's permission, the issuance of the arrest

Stipulation & Proposed Order Staying Issuance of Arrest Warrant

warrant be stayed from December 11, 2006 to December 14, 2006. The parties further agree and stipulate that defense counsel shall immediately notify the Court and the government's counsel should Mr. Urie be released from I.C.E. custody before December 14, 2006.

KEVIN V. RYAN

United States Attorney

Dated: 12/10/06   /s/
_____
SHASHI KEWALRAMANI
Assistant United States Attorney

Dated: 12/10/06   /s/
_____
MICHELLE D. SPENCER
Attorney for Troy Urie

### [PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the issuance of the arrest warrant shall be stayed until December 14, 2006.

IT IS FURTHER ORDERED THAT defense counsel shall immediately notify the Court and the government's counsel if Mr. Urie is released from I.C.E. custody before December 14, 2006.

IT IS SO ORDERED.

Date: 12/11/06

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge