SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    ***E-FILED - 3/9/07***

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00196 RMW |
| Plaintiff, ) | [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL |
| v. ) | CLOCK BETWEEN FEBRUARY 20, 2007 AND APRIL 30, 2007 |
| TROY URIE, ) | Date:         February 20, 2007 |
| Defendant. ) | Time:         9:00 a.m. |
| ) | Courtroom: Hon. Ronald M. Whyte |

**[] ORDER**

This matter came before the court on February 20, 2007 at 9:00 a.m. for a status hearing. At the hearing, the parties apprised the Court of the status and requested a trial date. The parties notified the Court that counsel for both the United States and defendant were unavailable during certain periods in March and April 2007. The parties requested and the Court set the trial for April 30, 2007. The Court also set the final pre-trial conference on April 19, 2007. At the status hearing, the parties also requested that the time between February 20, 2007 and April 30, 2007 be excluded under the Speedy Trial Clock to allow defendant's counsel to effectively prepare for

CR 06-00196 RMW
[] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
CLOCK BETWEEN FEBRUARY 20, 2007AND APRIL 30, 2007

trial and for continuity of counsel.

**IT IS HEREBY ORDERED** that the period of time between February 20, 2007 and April 30, 2007 is excluded from the Speedy Trial Clock to allow defendant's counsel to effectively prepare, taking into account the exercise of due diligence, and to allow continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

DATED:   3/9/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute to:

Michelle D. Spencer
Law Office of Michelle DE. Spencer
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Counsel for Defendant Troy Urie

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Counsel for Plaintiff

CR 06-00196 RMW
[] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
CLOCK BETWEEN FEBRUARY 20, 2007 AND APRIL 30, 2007

2