FILED

MAR 22 2007

NORTHERN ... SAN JOSE ... CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY URIE, <br><br> Defendants. | Case No.: CR-O6-00196 RMW <br><br> **RELEASE ORDER FOR TROY URIE** |

    This case came on calender today for further hearing concerning the defendant's release conditions in the above captioned case. The defendant was present with his counsel, Michelle Spencer and the United States was represented by Shashi Kewalrmani.

    IT IS HEREBY ORDERED that the defendant is released on the conditions set forth in the October 20, 2006 Conditions of Release and Appearance and the Order re Amendment to the Pretrial Order dated March 22, 2007.

    It is anticipated that the defendant will be released from Immigration custody upon the posting of a bond there bringing him under the jurisdiction of this court which has set the pretrial release conditions indicated above.

    IT IS FURTHER ORDERED that Victoria Obijuri, the defendant's mother, has agreed

1  to be and is thus ORDERED to be the unsecured surety for the $57,000 dollar bond set by this
2  court. That agreement is indicated by her signature on the Conditions of Release and Appearance
3  of 10/20/06 and her reaffirmation on the record in Court today.
4  .

Dated: 3/22/07

PATRICIA V. TRUMBULL
United States Magistrate Judge