FILED
MAY 03 2007
SAN JOSE CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>TROY URIE, et al.,<br>          Defendant. | Case No. CR 06-00196-RMW-(PVT)<br><br>STIPULATION AND (PROPOSED) ORDER RESCINDING BOND AND REMANDING URIE INTO THE CUSTODY OF THE UNITED STATES MARSHAL |

    The Court previously set conditions of bond and issued a release order for Mr. Urie. Mr. Urie has since been in the custody of Immigration and Customs Enforcement courtesy housed at the Santa Clara County Jail. Counsel for the government and for defendant Troy Urie recently learned that the Board of Immigration Appeals denied Mr. Urie's appeal and issued a deportation order. If the United States Marshal does not take custody of Mr. Urie he will be deported.

    Based on the foregoing changed circumstances, Plaintiff United States of America, by and through Assistant United States Attorney Shashi Kewalramani, and defendant Troy Urie, by and through his attorney Michelle D. Spencer, hereby agree and stipulate that Mr. Urie's bond be rescinded and that he be returned to the custody of the United States Marshal.

///
//
/

```
 1                          KEVIN V. RYAN
 2                          United States Attorney
 3
 4  Dated:                         /s/
                            SHASHI KEWALRAMANI
 5                          Assistant United States Attorney

 6  Dated:                         /s/
                            MICHELLE D. SPENCER
 7                          Attorney for Troy Urie
 8
                               [PROPOSED] ORDER
 9
        Based upon the foregoing Stipulation, and good cause appearing therefor,
10
        IT IS HEREBY ORDERED THAT the bond in this case is rescinded. IT IS FURTHER
11
     ORDERED THAT the United States Marshal Place a Detainer on the
12
     Defendant.
13
        IT IS SO ORDERED.
14
15  Date:  5/3/07                        /s/ Patricia V. Trumbull
16                                       HON. PATRICIA V. TRUMBULL
                                         United States Magistrate Judge
17
```

Stipulation & Order Rescinding Urie's Bond          - 2 -