SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI, (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00196 RMW |
|    Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER REMANDING DEFENDANT INTO MARSHAL'S CUSTODY |
| TROY URIE, | ) | Date:     May 4, 2007 |
|    Defendant. | ) | Courtroom:  Hon. Patricia V. Trumbull |

In light of the parties earlier stipulation and the changed circumstances of defendant's status in the United States,

**IT IS HEREBY ORDERED** that defendant is REMANDED into the United States' Marshal's custody immediately and the United States Marshal is ORDERED to place the defendant in Marshal's custody.

DATED:  5/4/07

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

CR 06-00196 RMW
[PROPOSED] ORDER ORDER REMANDING DEFENDANT INTO MARSHAL'S CUSTODY