1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
   Assistant United States Attorneys
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3680
7    Facsimile:  (510) 637-3724
     E-mail: shashi.kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN JOSE  DIVISION        *E-FILED - 5/10/07*

13 UNITED STATES OF AMERICA,      )   No. CR 06-00196 RMW
                                  )
14     Plaintiff,                 )   [] ORDER VACATING
                                  )   TRIAL DATE, SETTING NEW TRIAL
15                                )   DATES AND EXCLUDING TIME
    v.                            )   UNDER THE SPEEDY TRIAL CLOCK
16                                )   BETWEEN APRIL 30, 2007 AND JUNE
                                  )   11, 2007
17 TROY URIE,                     )
                                  )   Date:      March 29, 2007
18     Defendant.                 )   Time:      2:00 p.m.
                                  )   Courtroom: Hon. Ronald M. Whyte
19

20                    **[] ORDER**

21     This matter came before the court on March 29, 2007 at 2:00 p.m. for defendant to

22 request that the trial date originally set for April 30, 2007 be vacated and a new trial date be set

23 for June 11, 2007 because counsel for defendant requires additional time to prepare for trial.  The

24 United States did not have an objection to re-setting the trial date.  Tparties also requested that

25 the time between Apri 30, 2007 and June 11, 2007 be excluded under the Speedy Trial Clock to

26 allow defendant's counsel to effectively prepare for trial and for continuity of counsel.  Good

27
28 CR 06-00196 RMW
   [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
   CLOCK BETWEEN FEBRUARY 20, 2007AND APRIL 30, 2007

1  cause appearing therefor,

2  **IT IS HEREBY ORDERED** that the trial date of April 30, 2007 and all related dates are

3  vacated. The new trial date is June 11, 2007 with trial to commence at 1:30 p.m. and the final

4  pre-trial hearing in the matter will be held on May 31, 2007 at 2:00 p.m. The time between April

5  30, 2007 and June 11, 2007 is excluded from the Speedy Trial Clock to allow defendant's

6  counsel to effectively prepare, taking into account the exercise of due diligence, and to allow

7  continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice

8  served by the granting of such continuance outweigh[s] the best interests of the public and the

9  defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

10 DATED:  5/10/07

11

12  *Ronald M. Whyte*
    RONALD M. WHYTE
    United States District Judge

13

14 Distribute to:

15 Michelle D. Spencer
   Law Office of Michelle D. Spencer
16 331 Soquel Ave., Suite 208
   Santa Cruz, CA 95062
17 Counsel for Defendant Troy Urie

18 H. H. (Shashi) Kewalramani
   Assistant United States Attorney
19 1301 Clay Street, Suite 340S
   Oakland, California 94612
20 Counsel for Plaintiff

21

22

23

24

25

26

27

28 CR 06-00196 RMW
   [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
   CLOCK BETWEEN FEBRUARY 20, 2007 AND APRIL 30, 2007   2