***E-FILED 4/25/08***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>TROY URIE, et al.,<br>　　　　　Defendant. | Case No. CR 06-00196-RMW<br><br>**STIPULATION AND<br>[ XXXXXXXXX ] ORDER<br>EXTENDING TIME PERIOD<br>UNDER FRCP 29(c)(1)** |

　　　　Plaintiff United States of America, by and through Assistant United States Attorney, David Callaway and defendant Troy Urie, by and through attorney Michelle D. Spencer, hereby agree and stipulate, with the Court's permission, that the 7-day period for moving for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(c)(1) be extended to Tuesday, April 29, 2008.

///

//

/

- 1 -

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 14, 2008         /s/
                              DAVID CALLAWAY
                              Assistant United States Attorney

Dated: April 14, 2008         /s/
                              MICHELLE D. SPENCER
                              Attorney for Troy Urie

### XXXXXXXXXX[PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the seven (7)-day period of time set forth in Federal Rule of Criminal Procedure 29(c)(1) for moving for a motion for judgment of acquittal shall be extended to Tuesday, April 29, 2008.

IT IS SO ORDERED.

Date: 4/25/08                 /s/ Ronald M. Whyte
                              HON. RONALD M. WHYTE
                              United States District Judge

Urie-Stipulation & Proposed Order re: Rule 29 Motion      - 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26