*E-filed on: 5/5/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TROY URIE,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | Case No. C-10-04063 RMW<br><br>*(Related Criminal Case CR-06-00196-RMW)*<br><br>JUDGMENT |

On May 5, 2011, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that petitioner take nothing by way of his complaint and that judgment be entered in favor of respondent.

DATED:     May 5, 2011

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-10-04063 RMW
MEC