E-filed on: 6/24/14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TROY URIE,<br><br>　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　Respondent. | No. C-13-04295 RMW (RELATED TO CR-06-00196)<br><br>JUDGMENT |

On June 46, 2014, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that petitioner take nothing by way of his complaint and that judgment be entered in favor of respondent.

DATED:　　　June 46, '2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-13-04295 RMW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A., | Case Numbers: CR06-00196-RMW |
|     Plaintiff, | CV13-04295-RMW |
|   v. | **CERTIFICATE OF SERVICE** |
| TROY URIE, | |
|     Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Urie
686 Lawnsdale Road
Medford, OR 97504


Dated: June 24, 2014

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk