IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TROY URIE,<br><br>Defendant. | Case No.  CR-06-00196-RMW<br><br>(Related Case: C-13-04295-RMW) |

This case was returned to this court by the Appellate Commissioner of the Ninth Circuit to allow this court to either issue or deny a certificate of appealability.  The court did deny a certificate of appealability on May 5, 2011 (Dckt. # 216) and again on August 26, 2011 (Dckt. # 220).  The court nevertheless repeats its ruling.

Rule 11(a) of the Rules Governing Section 2255 Proceedings requires the district court to "issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). No such showing has been made here. As previously explained, even if Urie is correct that accurate records would have shown fifty percent fewer calls, the records would still have shown a suspiciously large number of calls among the alleged co-conspirator thus still implicating Urie's involvement.

DATED:   November 17, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY
Case No. CR-06-00196-RMW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

TROY URIE,

        Defendant.

Case Number: CR06-00196 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Troy Urie
686 Lawnsdale Road
Medford, OR 97504

Dated: November 18, 2014

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk